Neal J. Fialkow (State Bar No. 74385)
LAW OFFICE OF NEAL J. FIALKOW INC.
215 North Marengo Avenue, Third Floor
Pasadena, California 91101
Telephone: (626) 584-6060
Facsimile:  (626) 584-2950
Email: nfialkow@pacbell.net

Aaron C. Gundzik (State Bar No. 132137)
GARTENBERG GELFAND HAYTON
& SELDEN, LLP
801 South Figueroa Street, Ste. 2170
Los Angeles, CA 90017
Telephone: (213) 542-2100
Facsimile:  (213) 542-2101
Email: agundzik@gghslaw.com

Sahag Majarian II (State Bar No. 146621)
LAW OFFICE OF SAHAG MAJARIAN, II
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile:  (818) 609-0892
Email: sahagii@aol.com

Attorneys for Plaintiff Elisa Lopez,
Individually, and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELISA LOPEZ, Plaintiff, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>        vs.<br><br>TANGOME, INC., a Delaware Corporation; DOES 1 through 10,<br><br>    Defendants. | Case No.: C 12-6300 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1     The parties hereto, through their undersigned counsel of record hereby dismiss this
2 action in its entirety with prejudice.

3 Dated: July 25, 2013                  GARTENBERG GELFAND HAYTON
                                                    & SELDEN LLP
4

5                                    By:   /s/ Aaron C. Gundzik
                                        Aaron C. Gundzik
6                                         Attorneys for Plaintiff Elisa Lopez

7 Dated: July 25, 2013                  KRONENBERGER ROSENFELD LLP

8                                    By:   /s/ Karl Kronenberger
9                                       Karl Kronenberger
                                      Attorneys for Defendant TangoMe, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE